UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DAVID CATLIN,<br><br>              Petitioner,<br><br>  vs.<br><br>ROBERT J. AYERS, Warden of<br>San Quentin State Prison,<br><br>              Respondent. | Case No. 1:07-cv-01466-OWW-P<br><br>DEATH PENALTY CASE<br><br>Order Appointing Counsel |

On October 5, 2007, Petitioner Steven David Catlin ("Catlin"), a state prisoner facing capital punishment, filed a request for appointment of counsel, for stay of execution and to proceed in forma pauperis pursuant to 28 U.S.C. § 2254.  On October 11, 2007, an order was issued granting in forma pauperis status, referring the case to the Selection Board for the Eastern District of California for recommendation of counsel, and staying the execution for 45 days.  The Selection Board recommends Lynne S. Coffin, Esq., 38 Miller Avenue, # 328, Mill Valley, California, 94941, (415) 388-2432, for appointment as lead counsel in this case, and Saor E. Stetler, Esq., P.O. Box 2189, Mill Valley, California, 9494, (415) 388-8924, for appointment as co-counsel.

The Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division[1] (hereafter the "Attorney Guide") provides an overview of the process for capital habeas corpus cases in this Court.  Upon receipt of this order, Ms. Coffin and Mr. Stetler are directed to familiarize themselves with the Attorney Guide.  Particular attention should be given to information about case management procedures and matters governing payment rates for appointed counsel, investigators, and experts.

Due to the Court's schedule, a Case Management Conference for Phase I of this case will not be held, and the matters typically decided at that conference, *see* Attorney Guide ¶¶ 48-49, will be determined based on the filings of the parties.  The date for the Phase II Case Management Conference will be set following approval of Catlin's Phase I budget.

A reimbursement rate has been established by this Court for Mr. Stetler in his appointment to another case, but no reimbursement rate has been established for Ms. Coffin under the current procedures.  To assist the Court in this determination, both Ms. Coffin and Mr. Stetler are directed to complete and submit a Rate Justification Worksheet (Appendix A to the Attorney Guide), with an application to establish a rate of reimbursement for both lead and co-counsel.  *See* Attorney Guide, ¶ 8.  Ms. Coffin shall also complete the Confidential Case Evaluation Form (Appendix B to the Attorney Guide) or as much of it as is possible at this stage of the proceedings.  These documents may be submitted to the Court confidentially, and shall be filed within seven days of the date of filing of

---

[1] The Attorney Guide is posted on the Court's website, under Attorney Info, Fresno, Forms.

OApptCnslCat                                  2

1 this order.  Following establishment of a reimbursement rate, appropriate
2 budget forms will be electronically transmitted to counsel.  *See* Attorney
3 Guide, ¶ 11.

4 Respondent is also directed to complete and file the Confidential
5 Case Evaluation Form within seven days of the date of filing of this order.
6 *See* Attorney Guide, ¶ 47.  Respondent is directed to lodge the state record
7 in this case on or before December 18, 2007, in accordance with Local Rules
8 81-190(f) and 81-191(j)(1).

9 Catlin's proposed budget for Phase I should be presented to the
10 Court without delay, but should be filed no later than December 3, 2007.
11 As specified in the Attorney Guide, the proposed budget and application,
12 including supporting declarations, should be submitted to the Court under
13 seal.[2]  An electronic copy of the Excel file should be submitted via email to
14 the Court.  The proposed budget should include all tasks to be completed
15 during Phase I, including the time actually spent on tasks which already
16 have been completed or partially performed.  A budget for Phase I of the
17 litigation must be approved before any reimbursement for professional
18 services will be authorized.  *See* Attorney Guide, ¶¶ 47-51.  Counsel will
19 not be reimbursed for work performed before the date of appointment
20 without prior approval on a showing of good cause.  The services of
21 investigators or experts are not contemplated during this phase, but will be
22 considered upon adequate justification.

---

[2] In this Court, sealed applications are submitted by mail and scanned into the Court's electronic filing system by Court Clerk's Office staff.  The original documents are then returned to counsel.

OApptCnslCat                    3

1  Good cause appearing,

2     Lynne S. Coffin, Esq., is appointed as lead counsel, and Saor E.
3  Stetler, Esq., is appointed as co-counsel, to represent Catlin for all purposes
4  in these proceedings.

5     Counsel for both parties shall file the Confidential Case Evaluation
6  Form, within seven days of the filing date of this order.  Counsel for Catlin
7  shall concurrently file an application for establishment of an hourly
8  reimbursement rate.  Counsel for Catlin shall file the proposed budget for
9  Phase I on or before December 3, 2007.  Respondent shall lodge the state
10 record by December 18, 2007.

13 IT IS SO ORDERED.

14 **Dated:   November 2, 2007**               **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE