UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DAVID CATLIN,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>ROBERT L. AYERS, Jr., Warden<br>of San Quentin State Prison,<br><br>　　　　　　Respondent. | Case No. 1:07-cv-01466-OWW<br><br><u>DEATH</u> <u>PENALTY</u> <u>CASE</u><br><br>Notice of Phase II Case<br>Management Conference<br><br>DATE:　　March 24, 2008<br>TIME:　　3:00 p.m. |

TO: Petitioner Steven David Catlin ("Catlin") and Respondent Robert L. Ayers, Jr., Warden of San Quentin State Prison ("the Warden"), by and through their respective attorneys,

　　　　NOTICE IS GIVEN that on March 24, 2008 at 3:00 p.m., a telephonic Case Management Conference will be held to discuss Phase II of this action. The Court shall initiate the conference call.

　　　　Catlin commenced his federal capital habeas corpus proceeding on October 5, 2007, by requesting appointment of counsel, in forma pauperis status, and a stay of execution. Counsel was appointed to represent Catlin on November 2, 2007. Based on ex parte filings by Catlin, a budget was approved for Phase I of this litigation. The Warden lodged the state record on December 18, 2007.

The Phase II Case Management Conference ("CMC") will discuss the litigation timetables and set deadlines for filing the petition and answer, as well as the procedure for resolving any dispute about the exhaustion status of the claims presented in the petition.  The CMC will conclude with an ex parte budgeting conference with counsel for Catlin only, at which the proposed Phase II budget will be discussed.

IT IS SO ORDERED.

**Dated:   January 2, 2008**                          /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE