1
2
3
4
5
6                      UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   STEVEN DAVID CATLIN,                  )   Case No. 1:07-cv-01466-OWW-P
                                          )
10                      Petitioner,       )
                                          )   DEATH PENALTY CASE
11          vs.                           )
                                          )
12  ROBERT L. AYERS, Jr., Warden of       )   Order Granting Petitioner's
    San Quentin State Prison,             )   Request For Extension of Time
13                                        )   to File Phase II Budget Plan
                        Respondent.       )
14  _____      )

15

16          On January 4, 2008, this Court gave notice that a telephonic Case

17  Management Conference would to be held to discuss Phase II of this action

18  on March 24, 2008, at 3:00 p.m.  Docket #13.  Petitioner is to file a Proposed

19  Phase II Case Management Plan and Budget Form in advance of the Case

20  Management Conference.  Petitioner has requested three (3) days, to March

21  20, 2008, to file the Proposed Phase II Case Management Plan and Budget

22  Form.

23          Good cause appearing,

24  IT IS SO ORDERED.

25  Dated:   March 18, 2008          _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE
26