UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DAVID CATLIN, | Case No. 1:07-cv-01466-OWW-P |
| Petitioner, | |
| vs. | DEATH PENALTY CASE |
| ROBERT L. AYERS, Jr., Warden of San Quentin State Prison, | Order Granting Petitioner's Request For Extension of Time to File Joint Statement on the Exhaustion Status of Petition |
| Respondent. | |

Petitioner Steven David Catlin ("Catlin") filed a request November 25, 2008, for a 14-day extension of time to submit the Joint Statement of the Exhaustion Status of the federal habeas petition.  The Joint Statement was due November 28, 2008.  Counsel for Catlin state they have conferred with counsel for Respondent, but due to holiday schedules and other case obligations, require additional time to file the Joint Statement.  Counsel for Respondent does not object to this extension.   Good cause appearing, the Joint Statement on Exhaustion is due December 12, 2008.

IT IS SO ORDERED.


DATED:    December 2, 2008

                                                    /s/ Oliver W. Wanger
                                                    United States District Judge