# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DAVID CATLIN,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, AS WARDEN OF SAN QUENTIN CALIFORNIA STATE PRISON,<br><br>    Respondent. | Case No. 1:07-cv-01466 LJO-SAB<br><br>**DEATH PENALTY CASE**<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>DATE: May 27, 2014<br>TIME: 10:00 a.m.<br>COURTROOM 9 |

This matter came before this Court for a Case Management Conference on May 27, 2014 at 10:00 a.m. At the hearing, Petitioner Steven David Catlin ("Petitioner") was represented by CJA attorneys Saor Stetler and Richard Novak. Respondent Kevin Chappell, as Warden of San Quentin California State Prison, ("Respondent) was represented by Stephen Herndon. All counsel appeared via teleconference.

Based upon the discussion at the hearing, the Court sets the following briefing schedule. Petitioner shall file his request for further evidentiary development pursuant to Rules 6, 7, and 8 of the Rules Governing § 2254 cases by March 30, 2015. Respondent's response, which will include opposition to Petitioner's request as well as substantive briefing, shall be filed on or before November 30, 2015. Petitioner's reply to Respondent's brief shall be filed on or before May 23, 2016.

IT IS SO ORDERED.

DATED: May 30, 2014

                                        STANLEY A. BOONE
                                        U.S. Magistrate Judge