1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  STEVEN DAVID CATLIN,

9          Petitioner,

10        v.

11  KEVIN CHAPPEL, Warden of San Quentin
    State Prison,

12        Respondent.

13

14

Case No.  1:07-cv-01466 LJO-SAB

DEATH PENALTY CASE

ORDER GRANTING REQUEST TO FILE
DOCUMENT UNDER SEAL EX PARTE
(ECF No. 81)

15     On April 3, 2015, Petitioner, by and through counsel Saor E. Stetler, filed a request to

16  file, ex parte and under seal, a separately submitted Ex Parte Under Seal Declaration of Counsel

17  Regarding February 27, 2015 Voucher.  The Court has reviewed the request and the Declaration

18  of Counsel.

19     For good cause shown, Petitioner's request to seal is GRANTED such that the Clerk of

20  the Court is directed to file under seal, Petitioner's Ex Parte Under Seal Declaration of Counsel

21  Regarding February 27, 2015 Voucher, totaling five (5) pages.

22

23  IT IS SO ORDERED.

24  Dated:   **April 6, 2015**

    _____
    UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1