UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DAVID CATLIN,<br><br>  Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>  Respondent.[1] | Case No. 1:07-cv-01466-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING-IN-PART PETITIONER'S UNOPPOSED APPLICATION FOR FIRST EXTENSION OF TIME TO FILE REPLY BRIEF<br><br>(Doc. No. 89) |

Before the court is a motion by petitioner Steven David Catlin, through appointed CJA counsel Saor Stetler and Richard Novak, to extend the deadline for filing his reply to respondent's answering merits brief and opposition to petitioner's motion for evidentiary development, from the current November 30, 2016 to January 31, 2017.

Counsel for petitioner state the requested relief is in the interest of justice because (i) Proposition 62 on the November 8, 2016 California General Election Ballot, if adopted, could moot the instant petition; and (ii) given the complexity of this case the reply brief cannot be completed in the three weeks available following the election and prior to the current deadline. (*See* Doc. No. 89-1.)

Counsel for petitioner, Mr. Novak, represents that counsel for respondent, deputy

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Ron Davis, Warden of San Quentin State Prison, is substituted as respondent in place of his predecessor wardens.

1

attorney general Stephen G. Herndon, does not object to the requested extension.  (*See* Doc. No. 89-1 at ¶ 9.)

The court finds good cause for a reasonable extension of time sufficient for completion of petitioner's reply brief following the election results, but not for the length of time requested.

Having considered the record and moving papers including the argument of petitioner's counsel that the case is complex, the documents are voluminous and the reply brief is to address respondent's opposition both on the merits and to petitioner's motion for evidentiary development, the court is unpersuaded the request sixty day extension is necessary.  Counsel has significant and long-lived familiarity with this proceeding including its claims, defenses, merits arguments and scheduled deadlines.  Merits briefing was originally scheduled in April 2013.  (*See* Doc. No. 49.)  Petitioner's noted motion was filed on June 30, 2015.  (*See* Doc. No. 84.)  Respondent's answering brief on the merits and in opposition to petitioner's motion for evidentiary development was filed on June 1, 2016 (*see* Doc. No. 88), one month before Proposition 62 qualified for the ballot.

Furthermore, counsel does not explain what portion of the work on the reply brief has been completed and what portion remains to be completed.  Notably, the instant extension request, though the first on the reply brief, is the fifth such request since proceedings were reinitiated on April 5, 2013 following state court exhaustion.

Accordingly, for good cause shown, petitioner's unopposed motion for first extension of time to file his reply to respondent's answering brief on the merits and in opposition to petitioner's motion for evidentiary development is GRANTED-IN-PART to and including January 9, 2017.

IT IS SO ORDERED.

Dated:   **October 21, 2016**

UNITED STATES MAGISTRATE JUDGE

2