UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CATLIN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:07-cv-01466-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER THAT RESPONDENT'S COUNSEL LODGE SUPPLEMENTAL STATE RECORD<br><br>(Thirty-Day Deadline) |

A review of the record in this action reveals that Respondent Warden Ron Davis, having previously lodged the state court record with this Court (Doc. No. 11), has not lodged documents related to the second state habeas petition denied by the California Supreme Court on March 27, 2013. *In re Steven David Catlin on Habeas Corpus*, Case No. S173793.

Accordingly, by not later than thirty (30) days from the date of this order, Respondent through counsel Supervising Deputy Attorney General Kenneth Sokoler shall file notice of supplemental electronic lodging (with an index) and lodge with this Court documents related to the second state habeas petition.

The lodged supplemental record shall meet the following requirements:

(i)     It shall contain the second state petition for writ of habeas corpus and Petitioner's and Respondent's briefs in that proceeding and exhibits thereto, and

1

| | | |
|---|---|---|
| 1 | | all opinions, orders and transcripts of such proceeding. |
| 2 | (ii) | The entire record shall be Bate-stamped. Bate-stamp numbering shall be in the format AG00001, AG00002, etc. to distinguish it from other numbering systems in the record. |
| 5 | (iii) | The entire record shall be scanned. |
| 6 | (iv) | The entire record shall be converted to an optical character recognition (OCR) format. |
| 8 | (v) | State sealed documents shall be lodged in paper form. |

The Notice of Lodging shall be filed on the Court's electronic filing system. Each item of the state court record shall be lodged as an attachment to the Notice of Lodging. For each separate attachment, the Notice of Lodging shall identify the attachment number and the Bate-stamp numbers followed, in parentheses, by the abbreviated name and volume of the record and any internal pagination. For example, if the Notice of Lodging appears as electronic court filing number 40 and the first attachment is the 300 page one-volume second state petition for writ of habeas corpus, the citation form would be "DOC. No. 40-1, AG00001-AG00300 (2-Pet. Writ. H.C., one-vol., pages 1-300)." The identical identifying information shall also be included as the docket title of each electronically lodged attachment to the Notice of Lodging. To the extent possible, each separate paper volume of the state court record shall be lodged as one attachment.

The supplemental state court record need not also be lodged on CD, and courtesy copies on CD are not required.

IT IS SO ORDERED.

Dated: **August 29, 2019**

_____
UNITED STATES MAGISTRATE JUDGE